KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO.: CVED 14-381 |
|---|---|
| Plaintiff, | |
| v. | CONSENT JUDGMENT |
| DONALD J. CASTLEBURY, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, DONALD J. CASTLEBURY, in the total amount of $7,394.36.

Dated: 5/8/14

TERRY NAFISI, CLERK
United States District Court
Central District of California

By: Deputy Clerk